# EXHIBIT B

## RESIDENTIAL LEASE - TERM SHEET

| | | | | |
|---|---|---|---|---|
| Lessor: | Equity Residential Management, L.L.C., as agent for owner of the Community | Premises: | 010 - 18B | **Lease Number**<br>19100 - 010 - 18B - 3 |
| Community: | Emerson Place | Premises Address: | 10 Emerson Place - 18B<br>Boston, MA 02114 | |
| Address: | 1 Emerson Place<br>Boston, MA 02114<br>(617) 973-2200 | | | |

[X] Unfurnished   [ ] Furnished   [X] Renter's Insurance Required

Residents: Cheryl Miller
Guarantor:

Occupants:                              Date of Birth                              Date of Birth

**LEASE TERM**   Commencement Date: 5/1/2010   Expiration Date: 4/30/2011   Lease Type: New

Lease Term Expiration: You must provide us with a written notice to vacate at least 60 days prior to the Expiration Date of the Lease Term. If you fail to provide us with the required notice to vacate and you move out anyway, the Lease Term will be automatically extended for an additional month following the Expiration Date, and you will be responsible for paying your current Monthly Apartment Rent until the earlier of (i) the end of the one month extension or (ii) the day a new resident moves into the Premises, whichever comes first.

Total Deposits Required:        500.00

Total Monthly Rent:             2,065.00

(Includes all monthly recurring charges listed below)

| Charge Description | Amount |
|---|---|
| Monthly Apartment Rent | 2,065.00 |

Concessions:
Total Recurring Concession amount $0.00; Total One-Time/ Non-Recurring Concession amount $0.00. The Total Monthly Rent shown above will be adjusted by lease concession amounts. If this Lease is terminated early, you will be required to pay us a portion of these total lease concessions as discussed in the Lease Concessions paragraph of the Terms and Conditions.

Total Other Fees and Charges:   500.00

NonRefundable MI Fee            500.00

| Approved Pets | Type | Breed | Name | Weight | License / Tag |
|---|---|---|---|---|---|
| | | | | | |

For additional information regarding our pet policy, please refer to the Resident Handbook and Community Policies we delivered to you.

© Equity Residential 2008. All Rights Reserved.        (Printed)        4/18/2010        Page 1

RESIDENT PAYS CHECKED UTILITIES / LESSOR PAYS UNCHECKED UTILITIES

[X] Electricity:         Direct billed by the provider. You pay the provider

[ ] Gas/Heating Oil:

[ ] Water:

[ ] Sewer:

[ ] Central Boiler:

[X] Cable:              Direct billed by the provider. You pay the provider

[ ] Garbage Removal:

[X] Internet:           Direct billed by the provider. You pay the provider

**Late Fees:** Your rent is due on the 1st of each month. If we do not receive your rent and other recurring charges on or before day 30, you will be charged a late fee as follows:    5% on the 31st

**NSF Fees:** If your payment fails to clear the bank, you will be charged an NSF fee of $40.00 per item.

Additional Lease Addenda

Resident Apartment Lease - Terms and Conditions
Move In/Move Out Inspection Form
NOTIFICATION OF ACTIVITY AND USE LIMITATION
Lead Based Paint Disclosure Form Page 1
Lead Based Paint Disclosure Form Page 2
Tenant Lead Law Notification

By signing this Term Sheet, you acknowledge that each of the Additional Lease Addenda are attached to this Term Sheet and are therefore made a part of the Lease. You further acknowledge that you have read and that you agree to all of the provisions set forth in this Term Sheet and the Additional Lease Addenda.

You also acknowledge that you have received (separate from this Lease) a copy of the Resident Handbook and Community Policies. You acknowledge and agree that the provisions contained in the Resident Handbook and Community Policies are incorporated into this Lease and that you have read and that you agree to abide by the policies set forth in the Resident Handbook and Community Policies.

**You specifically acknowledge that this Lease contains provisions extending the Lease Term if you stay beyond the Expiration Date set forth on the first page of this Term Sheet or if you fail to provide timely written notice of your intent to vacate the Premises at least 60 days prior to the Expiration Date.**

READ THIS TERM SHEET BEFORE SIGNING

Residents (ALL Residents must sign and date):

_Cheryl Miller_     4/27/10
Cheryl Miller        Date                                    Date

_____                    _____
           Date                                              Date

_____                    _____
           Date                                              Date

Lessor:   Equity Residential Management, L.L.C., as agent for owner of the Community
By: _____  5/3/10
Its: Authorized Representative    Date

© Equity Residential 2008. All Rights Reserved.    (Printed)    4/18/2010    Page    2