# EXHIBIT D



THE WEST END

Application Process

- Application needs to be completely filled out and signed
- Copy of government issued photo ID *(i.e. license, passport or visa)*
- Non Refundable Application Fee: $50.00 per applicant *(money order or bank certified check)*
- Holding Deposit: $200 (Studio), $300 (1 Bed), $400 (2 Bed), $500 (3 Bed) *(Personal check, Money Order or Bank Check)*
  *\*Holding Deposit is applied 24 hours towards your first months rent after application approval. Deposit can be refunded only within 24 hours of approval.*

Move-In Day:

- First months rent pro-rated (If move-in date is after the 20th of the month, the following months rent is collected)
- Holding deposit is applied to move-in monies received
- Amenity Fee: $500.00 (One-time fee includes: 24 hour fitness center, 24 hour concierge services, 24 hour maintenance, 7-day freight elevator available)
- Security Deposit: $500.00 (pending credit approval)

*ALL MOVE-IN CHECKS MUST BE BANK CERTIFIED CHECKS after that YOU CAN PAY YOUR RENT ONLINE AT <ins>WWW.MY.EQUITYAPARTMENTS.COM</ins>*

Miscellaneous Charges:

- Underground parking garage: $295.00 (Longfellow/Asteria) $310.00 (Vesta) per month per vehicle
- Outdoor Pool: $125.00 *(May-September, Prices subject to change)*
- Outdoor Tennis Courts: $75.00 *(May-September, Prices subject to change)*
- Pet Fee: $250.00 *(One time fee)* plus $30 a month. Cats Only (up to two). *(Dogs allowed for medical purposes only)*
- Renters Insurance: Assurant Solutions <ins>www.RentersDirect.com</ins> or by phone (800-554-6434) *You may provide your own renters insurance with $50,000 liability coverage*

Community Highlights

- Whole Foods Market
- On-site dry cleaning
- 24-hour courtesy patrol service
- Convenient location too all public transit lines
- Boston's best shops & restaurants within walking distance
- Charles River and Esplanade accessible
- Zip Cars in each garage/Car wash & detail service
- Pool/Fitness Center/Basketball courts on sight

72 STANIFORD STREET, BOSTON, MA 02114 | T 617.973.2200 | F 617.973.2290 | LiveBostonsWestEnd.com