UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN PERRY, KIM PERRY, and CHERYL MILLER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>EQUITY RESIDENTIAL MANAGEMENT, L.L.C.,<br><br>                Defendant. | Civil Action No. 1:12-cv-10779-RWZ<br><br>[Consolidated Action] |

**MOTION TO CONSOLIDATE WITH PENDING RELATED CASE**

Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1(J), defendant Equity Residential Management, L.L.C. ("ERM") moves to consolidate the above-captioned action with a recently removed action pending before this same Court, *Vincelette et al. v. Equity Residential Management, L.L.C. et al.*, Civil Action No. 13-10710-RWZ.

The instant action and the later-filed *Vincelette et al.* action present common issues of law and nearly identical claims. The two actions should be consolidated for at least the following reasons:

1) ERM is the primary defendant in both actions.

2) Both actions allege, as their core count, violations of M.G.L. c. 186 § 15B, the so-called Massachusetts Security Deposit Statute. Both actions also allege Chapter 93A violations stemming from the alleged Security Deposit Statute violations.

3) Both actions allege that ERM violated the Security Deposit Statute by charging plaintiffs various "fees," including what the plaintiffs refer to as "Amenity Fees," "Move-In Fees," "Application Fees," "Pet Fees," and "Community Fees."

4) The plaintiffs in the instant action purport to represent a class of all Massachusetts residents who were charged allegedly illegal fees by ERM, and the *Vincelette et al.* plaintiffs purport to be precisely such Massachusetts residents.

5) Neither action is considerably ahead of the other in terms of case scheduling or discovery.

In further support of its motion, ERM submits the accompanying memorandum of law.

WHEREFORE, defendant moves this Court, in the interests of efficiency and pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1(J), to consolidate the instant action with the related action pending in this District, *Vincelette et al. v. Equity Residential Management, L.L.C. et al.*, Civil Action No. 13-10710-RWZ.

>
> Respectfully submitted,
>
> EQUITY RESIDENTIAL MANAGEMENT, L.L.C.,
>
> By their attorneys,
>
> /s/ Thomas H. Wintner
> Thomas H. Wintner (BBO # 667329)
> EDWARDS WILDMAN PALMER LLP
> 111 Huntington Avenue
> Boston, Massachusetts  02199
> (617) 239-0100 (telephone)
> (617) 227-4420 (fax)
> twintner@edwardswildman.com
>
> Craig M. White (*pro hac vice*)
> EDWARDS WILDMAN PALMER LLP
> 225 West Wacker Drive
> Chicago, IL 60606
> (312) 201-2000 (telephone)
> (312) 201-2555 (fax)
> cwhite@edwardswildman.com

Dated: April 2, 2013

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel for Defendants certifies that he conferred in good faith with Plaintiffs' counsel prior to filing this motion, with the following result: the parties were unable to reach a resolution.

/s/ Thomas H. Wintner
Thomas H. Wintner

### CERTIFICATE OF SERVICE

I certify that the above document was filed electronically using the CM/ECF system on April 2, 2013, and thereby delivered by electronic means to all counsel of record.

/s/ Thomas H. Wintner
Thomas H. Wintner