UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE EQUITY RESIDENTIAL AMENITY FEE LITIGATION )<br>)<br>)<br>This Document Relates to:<br>All Actions )<br>)<br>)<br>)<br>) | Case No. 1:12-cv-10779-RWZ |

**PARTIES' PROPOSED LITIGATION SCHEDULE**

Pursuant to the status conference held on February 14, 2013 in the above-numbered case, along with the Clerk's Notes of March 4, 2013 (Doc. No. 42), the parties have agreed to a proposed scheduling order for this litigation, with the following two exceptions:

1. Plaintiffs' position is that discovery should commence immediately. Defendant's position is that discovery should commence only after April 1, 2013.

2. Plaintiffs have already filed a Motion for Class Certification (Doc No. 28). Plaintiffs' position is that defendant's response to this motion should be due on April 30, 2013. Defendant's position is that its response to this motion should be due within 14 days after the close of discovery.

A chart outlining the parties' agreed-upon deadlines and disputed deadlines (*in italics*) is provided below.

Defendant also intends to submit an assented to motion to change the caption in this matter, and will do so under separate cover.

*The court accepts the proposed order as amended herewith. A separate schedule will obtain for dispositive motions after the motion for class certification has been decided. Rya W Zobel. 4/5/13*

| | **Plaintiffs' Proposal** | **Defendant's Proposal** |
|---|---|---|
| Defendant's response to Plaintiffs' Consolidated and Amended Complaint | April 1, 2013 | April 1, 2013 |
| Commencement of discovery (no phasing of discovery and no distinction between class- and merits-related discovery) | *Immediately* | *April 1, 2013* |
| Date after which no further amendment of pleadings allowed, except upon motion for good cause shown | May 1, 2013 | May 1, 2013 |
| Close of discovery | August 14, 2013 | August 14, 2013 |
| Defendant's response to Plaintiffs' Motion for Class Certification | *April 30, 2013* | ~~Within 14 days after close of discovery~~ August 28, 2013 |
| Plaintiffs' reply in support of Plaintiffs' Motion for Class Certification | *May 30, 2013* | ~~Within 45 days after close of discovery~~ September 13, 2013 |
| Hearing on Plaintiffs' Motion for Class Certification | To be determined by Court | ~~To be determined by Court~~ Oct. 9, 2013 @ 2:00pm |
| Dispositive motions | Within 45 days after close of discovery | Within 45 days after close of discovery |
| Dispositive motions response and reply briefs | Schedule to be submitted by parties within 1 week of filing of dispositive motions, after determining scope of issues raised | Schedule to be submitted by parties within 1 week of filing of dispositive motions, after determining scope of issues raised |
| Hearing on dispositive motions | To be determined by Court | To be determined by Court |