UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE EQUITY RESIDENTIAL AMENITY FEE LITIGATION )<br>)<br>)<br>)<br>This Document Relates to: )<br>All Actions )<br>) | Case No. 1:12-cv-10779-RWZ |

## RWZ [PROPOSED] REVISED SCHEDULING ORDER

Having considered the parties' motion for an extension of discovery deadline and modification of schedule, the Court hereby enters the following ORDER:

1. All discovery shall be completed by November 27, 2013.
2. Defendant's Response to Motion for Class Certification is due on or before December 13, 2013.
3. Plaintiffs' Reply in Support of Motion for Class Certification is due on or before December 30, 2013.
4. A hearing on Plaintiff's Motion for Class Certification shall take place on Jan 23, 2014 at 2:00 am/pm, in Courtroom 12, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02110.

Dated: August 1, 2013

_____
Hon. Rya W. Zobel
U.S. District Judge