UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE EQUITY RESIDENTIAL AMENITY FEE LITIGATION <br><br> This Document Relates to: <br> All Actions | Case No. 1:12-cv-10779-RWZ |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs Brian Perry, Kim Perry and Cheryl Miller ("Plaintiffs"), move, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, for summary judgment on all claims asserted in the Consolidated and Amended Class Action Complaint ("Complaint"). In support of this Motion, Plaintiffs assert that there are no genuine issues of material fact with respect to the claims asserted in the Complaint and that Plaintiffs are entitled to judgment as a matter of law that the fees charged and collected by Defendant Equity Residential Management LLC ("ERM" or "Defendant") that are at issue in this case (*i.e.*, the move-in/amenity fee, the application fee, the up-front and monthly pet fees and the community fee) were and are unlawfully charged and collected in violation of G.L., c. 186, § 15B(1)(b) and that by this conduct, Defendant engaged in unfair and deceptive conduct violative of G.L., c. 93A, § 2. Further, Plaintiffs are entitled to judgment as a matter of law that pursuant to G.L., c. 93A § 9, they suffered injury causally related to Defendant's violation of c. 93A § 2, and that Plaintiffs are entitled to actual and multiple damages for Defendant's wilful and knowing violation of c. 186,§ 15B and c. 93A, § 2. If this Court certifies the Class as requested in Plaintiffs' Motion for Class Certification, the judgment sought by this Motion will be a judgment for and on behalf of the entire Class against

the Defendant. Plaintiffs are also entitled to judgment for equitable relief in the form of an injunction, ordering the Defendant to cease charging any of the unlawful fees that are at issue in this case. Accordingly, Plaintiffs are seeking judgment in the form of refunds to Plaintiffs and all Class members of any move-in or amenity fees, pet fees and/or community fees they paid since May 1, 2008, plus interest and an order permanently enjoining Defendant from charging any of these fees at its Massachusetts properties.

In support of this Motion, Plaintiffs rely on the contemporaneously filed Memorandum in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment, Plaintiffs' Response to Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment and all attachments and exhibits submitted therewith, and all attachments and exhibits submitted with the Reply Memorandum in Support of Plaintiffs' Motion for Class Certification.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, but were unable to do so.

Dated: February 10, 2014					Respectfully submitted,


									/s/ David Pastor
									David Pastor (BBO # 391000)
									PASTOR LAW OFFICE, LLP
									63 Atlantic Avenue, 3d Floor
									Boston, MA 02110
									Tel.: (617) 742-9700
									Fax: (617) 742-9701
									dpastor@pastorlawoffice.com

/s/ Matthew J. Fogelman
Matthew J. Fogelman (BBO # 653916)
FOGELMAN & FOGELMAN LLC
100 Wells Avenue
Newton, MA 02459
Tel.: (617) 559-1530
Fax: (617) 505-1540
mjf@fogelmanlawfirm.com


/s/ Preston W. Leonard
Preston W. Leonard (BBO # 680991)
LEONARD LAW OFFICE LLP
139 Charles Street, Suite A121
Boston, MA 02114
Tel.: (617) 329-1295
pleonard@theleonardlawoffice.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 10, 2014.

/s/ David Pastor
David Pastor