UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10779-RWZ,
consolidated with CIVIL ACTION NO. 13-10710-RWZ

BRIAN PERRY, KIM PERRY, CHERYL MILLER, MARIANA VINCELETTE,
RICHARD VINCELETTE, JOSEPH BARNES, COLIN APPLETON, RHETT
KLEINSCHMIDT, and BRITTANY FRANCO,
on behalf of themselves and others similarly situated

v.

EQUITY RESIDENTIAL MANAGEMENT LLC, GPT-RG FALL RIVER, LLC,
EQR-HERITAGE RIDGE, L.P., CHARLES RIVER PARK "D" COMPANY,
and ERP OPERATING LIMITED PARTNERSHIP

ORDER

February 8, 2016

ZOBEL, D.J.

In this class action, plaintiffs alleged that defendants violated the Massachusetts Security Deposit Law (Mass. Gen. Laws ch. 186 § 15B) by collecting a variety of up-front, pre–move-in fees from tenants and potential tenants. After discovery was complete, plaintiffs moved for class certification and the parties filed cross motions for summary judgment. In an August 2014 order, I certified three subclasses and found that certain of the up-front fees were unlawful. Following that order, the parties participated in mediation which ultimately led to a settlement of the matter. In August 2015, I entered an order preliminarily approving the settlement and directing notice to the class. I have now issued a final order approving the settlement of this class action.

The only outstanding issue is the plaintiffs' Motion for Attorneys' Fees (Docket # 122) in which class counsel requests a $1,200,000 fee award.[1]

With their motion for fees, class counsel submitted billing records reflecting the work of the several firms that represented the plaintiffs in this action.  Counsel used hourly rates that they view as "reasonable and consistent with rates charged by firms in this area for similar work by attorneys of comparable experience" to calculate a lodestar of $714,880.50.  See Docket # 123, at 18-19.  The hours and rates class counsel applied to calculate the lodestar are as follows:

| Firm | Timekeeper | Role | Hours | Hourly Rate |
|---|---|---|---|---|
| Pastor Law Office | David Pastor | Partner | 563.9 | $ 650 |
| Pastor Law Office | Shirley Durgin | Paralegal | 11 | $ 250 |
| Fogelman & Fogelman LLC | Matthew J. Fogelman | Partner | 324.2 | $ 450 |
| Leonard Law Office, PC | Preston W. Leonard | Partner | 171.6 | $ 375 |
| Arrowood Peters LLP | Kevin T. Peters | Partner | 77.1 | $ 650 |
| Arrowood Peters LLP | Michael Brier | Associate | 225.4 | $ 265 |
| Arrowood Peters LLP | Julie Schneider-Oldham | Associate | 82.2 | $ 310 |

See Docket # 124-1, at 38; Docket # 125, at 2; Docket # 126, at 2; Docket # 127, at 3.  In counsel's view, a 1.67 multiplier of lodestar is justified, thus yielding the $1,200,000 fee request.

Defendants raise various concerns about class counsel's fee request.  They argue that the hourly rates class counsel applied are unreasonable, in large part

---

[1] In the same motion, plaintiffs also requested approval of incentive awards to the named plaintiffs.  Because I approved the incentive awards in the Final Order Approving Class Action Settlement (Docket # 138), I do not address them here.

2

because the "heavy-lifting" on the determinative legal issues was done in <u>Hermida v. Archstone</u>, 826 F.Supp.2d 380 (D. Mass. 2011) and not in this case.  The issue newly raised in this case, post–move-in fees, did not succeed.  Defendants also contend that the numbers of hours claimed are inflated by excessive time spent on simple tasks, the use of block billing, time billed by multiple attorneys for duplicative work, and time billed by attorneys for clerical tasks.  Defendants further argue that class counsel's fee request is unreasonable in view of the number and value of valid claims submitted, apparently about 2,000 claims totaling in value around $400,000-$450,000.

     I have considered defendants' concerns, which are eloquently articulated in a detailed, persuasive brief.  I have also considered the nature of this class action, the result obtained, the experience and competence of the attorneys, and the usual price charged for similar services by other attorneys practicing in this District.  Although I accept that class counsel worked the hours recorded, defendants have persuaded me that the numbers of hours are excessive.  I therefore apply a ten percent reduction to the numbers of hours.  I am also convinced that certain of the hourly rates class counsel applied are too high.  Reasonable rates are $375-$400/hr for partners/lead attorneys, $240-$275/hr for associates, and $150/hr for paralegals.  Those rates and adjusted numbers of hours are applied here as follows:

| Firm | Timekeeper | Role | Adjusted Hours | Adjusted Hourly Rates | Totals with Adjusted Hours and Hourly Rates |
|---|---|---|---|---|---|
| Pastor Law Office | David Pastor | Partner | 507.51 | $ 400 | $ 203,004 |
| Pastor Law Office | Shirley Durgin | Paralegal | 9.9 | $ 150 | $ 1,485 |
| Fogelman & Fogelman LLC | Matthew J. Fogelman | Partner | 291.78 | $ 400 | $ 116,712 |
| Leonard Law Office, PC | Preston W. Leonard | Partner | 154.44 | $ 375 | $ 57,915 |
| Arrowood Peters LLP | Kevin T. Peters | Partner | 69.39 | $ 400 | $ 27,756 |
| Arrowood Peters LLP | Michael Brier | Associate | 202.86 | $ 240 | $ 48,686.40 |
| Arrowood Peters LLP | Julie Schneider-Oldham | Associate | 73.98 | $ 275 | $ 20,344.50 |
| TOTAL | | | | | $ 475,902.90 |

I therefore award class counsel $475,902.90 for attorneys' fees.

Class counsel is also entitled to recover their reasonable costs, which they have calculated to be $9,240.72. Defendants have pointed out, and class counsel conceded at oral argument, that this number erroneously includes $2,216.66 in "mediation expenses" for which defendants have already reimbursed class counsel. Accordingly, class counsel is entitled to recover $7,024.06 in costs.

Plaintiffs' Motion for Attorneys' Fees is ALLOWED, and class counsel are awarded $475,902.90 for attorneys' fees and $7,024.06 for costs.

      February 8, 2016                               /s/Rya W. Zobel

            DATE                                      RYA W. ZOBEL
                                              UNITED STATES DISTRICT JUDGE